# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IN RE TRADING TECHNOLOGIES INTERNATIONAL, INC.
No. 16-0120

## ENTRY OF APPEARANCE

Please enter my appearance:

As counsel for: the United Inventors Association of the United States of America, U.S. Inventor, Edison Innovators Association, John D'Agostino, Paul Morinville and Frank Cicio

I am, or the parties I represent are: Amici Curiae

As amici curiae or intervenor, these parties support: Petitioner or appellant

My address and telephone are:

Robert P. Greenspoon
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave., 27th FL
Chicago, IL 60601
Phone: (312) 551-9500
Fax #: (312) 551-9501
E-Mail Address: rpg@fg-law.com

I am the principal attorney for these parties in this case and will accept all service for the parties. I agree to inform all other counsel for the parties in this case of the matters served upon me.

Date admitted to Federal Circuit bar:  November 4, 1998.

This is not my first appearance before the U.S. Court of Appeals for the Federal Circuit.

Date: March 15, 2016

_____
Signature of Counsel

# **CERTIFICATE OF SERVICE**

I, Rose E. Olejniczak, being duly sworn according to law and being over the age of 18, upon my oath deposes and states that:

Counsel Press was retained by Robert P. Greenspoon of Flachsbart & Greenspoon, LLC, Counsel for *Amici Curiae* United Inventors Association of the United States of America, U.S. Inventor, Edison Innovators Association, John D'Agostino, Paul Morinville and Frank Cicio in Support of Petitioner to print this document. I am an employee of Counsel Press.

On March 15, 2016, Mr. Greenspoon authorized me to electronically file the foregoing Appearance with the Clerk of the Federal Circuit using the CM/ECF System, which will serve e-mail notice of such filing on the following:

| | |
|---|---|
| Erika Arner | Cory C. Bell |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Two Freedom Square, 11955 Freedom Dr. | Two Seaport Lane, 6th Floor |
| Reston, VA 20190 | Boston, MA 02210 |
| 571-203-2700 | 617-646-1641 |
| erika.arner@finnegan.com | cory.bell@finnegan.com |
| *Counsel for Petitioner Trading Technologies International, Inc.* | *Counsel for Petitioner Trading Technologies International, Inc.* |

Kevin D. Rodkey
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
303 Peachtree St. NE
3500 Suntrust Plaza
Atlanta, GA 30308
404-653-6484
kevin.rodkey@finnegan.com

*Counsel for Petitioner Trading
Technologies International, Inc.*

Thomas W. Krause
United States Patent and
Trademark Office
P.O. Box 1450
Mail Stop 8
Alexandria, VA 22313
571-272-9035
thomas.krause@uspto.gov

*Counsel for Respondent Michelle
K. Lee, Director, U.S. Patent and
Trademark Office*

Steven Borsand
Trading Technologies International, Inc.
222 S. Riverside, Suite 1100
Chicago, IL 60606
312-476-1018
steve.borsand@tradingtechnologies.com

*Counsel for Petitioner Trading
Technologies International, Inc.*

Timothy C. Meece
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-463-5000
tmeece@bannerwitcoff.com

*Counsel for Amicus Curiae
Bally Gaming, Inc.*

                                   /s/ Rose E. Olejniczak
                                   Rose E. Olejniczak

March 15, 2016